869 A.2d 862

**Robert P. DUCKWORTH et al.**

v.

**Gitanjali DEANE et al.**

**No. 101, Sept. Term, 2004.**

Court of Appeals of Maryland.

March 11, 2005.

Steven L. Tiedemann (Coover, Barr & Tiedemann, LLC, Columbia, David R. Langdon, Langdon & Shafer, LLC, Cincinnati, OH, Benjamin W. Bull, Glen E. Lavy, Dale Schowengerdt, Alliance Defense Fund of Scottsdale, Arizona, on brief), Matt M. Paavola (Law Office of Matt M. Paavola & Associates of Baltimore, William F. Mulroney, Ashcraft & Gerel, LLP, Baltimore, on brief), for appellants.

Andrew H. Baida (Carolina D. Ciraolo, Rosenberg, Martin, Funk, Greenberg, LLP, Baltimore, Kenneth Y. Choe, James D. Esseks, American Civil Liberties Union Foundation, Lesbian and Gay Rights New York, NY, Arthur B. Spitzer, American Civil Liberties Union Foundation of National Capital

**510**

Area, Washington, DC, David R. Rocah, American Civil Liberties Union Foundation of Baltimore, Maryland, on brief), for appellees.

Steven M. Sullivan, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., Margaret Ann Nolan, Asst. Atty. Gen., Robert A. Zarnoch, Kathryn M. Rowe, Asst. Attys. Gen., on brief), for appellees.

Argued before BELL, C.J., RAKER, CATHELL, HARRELL, BATTAGLIA, JOHN C. ELDRIDGE (Retired, Specially Assigned) and LAWRENCE F. RODOWSKY (Retired, Specially Assigned), JJ.

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 11th day of March, 2005,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Baltimore City be, and it is hereby, affirmed. Costs to be paid by the appellants. Mandate to issue forthwith.